**Order entered November 29, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01321-CV

### MARK RINES, Appellant

### V.

### CITY OF CARROLLTON, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07615**

## ORDER

Before the Court is appellant's November 23, 2016 "Objection to Court Reporter's Record, and Unopposed Motions for an Extension of Time to Correct Reporter's Record and Extension of Time to File Appellant's Brief" seeking an extension of time to file his brief. We **GRANT** appellant's motion.

We **ORDER** appellant to file the brief on or before December 16, 2016.

/s/    CRAIG STODDART
JUSTICE